CORLESS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 25, 1896.) Action by Thomas Corless against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, on authority of Zimmerman v. Railway Co., 3 App. Div. 219, 38 N. Y. Supp. 362. All concur, except PRATT, J., not sitting.

CRAWFORD, Respondent, v. BROOKLYN EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 23, 1896.) Action by Fannie M. Crawford, individually and as executor of the estate of Joseph Crawford, deceased, against the Brooklyn Elevated Railroad Company and the Union Elevated Railroad Company. No opinion. Judgment affirmed, with costs. All concur.

CRAWFORD et al., Respondents, v. TYNG, Appellant. (City Court of New York, General Term. May 23. 1896.) Action by Henry B. Crawford and others against Thomas M. Tyng. J. M. Tyng, in pro. per. Jacob Fromme, for respondents.

CONLAN, J. Appeal from an order denying a motion to set the cause down for a day certain for trial. Order appealed from reversed, and cause set down for June 1, 1896,—part 1. SCHUCHMAN, J., concurs.

CRITTEN et al. v. VREDENBURGH. (Supreme Court, Appellate Division, Third Department. May 21, 1896.) Action by Defrees Critten and others against Charles W. Vredenburgh. No opinion. Motion for leave to appeal to the court of appeals granted, without costs; question certified being, "Was the statement sufficient, under subdivision 2 of section 1274 of the Code?" See 38 N. Y. Supp. 542.

CRITTENDEN et al., Respondents, v. LIDDLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 17, 1896.) Action by Robert A. Crittenden and Myron D. Palmer against William H. Liddle. No opinion. Order affirmed, with $10 costs and disbursements. WARD, J., not sitting.

In re CURTISS' ESTATE. (Supreme Court, Appellate Division, Second Department. June 2, 1896.) Judicial settlement of the accounts of Frank Curtiss and Frederick De Billier, as executors of, and trustees under, the last will and testament of Abijah Curtiss, deceased, etc. No opinion. Motion to dismiss appeal, and motion to advance cause on the calendar, denied, without costs. See 37 N. Y. Supp. 586.

DAVIDSON, Appellant, v. DAVIDSON, Respondent. (Supreme Court, Appellate Division, First Department. June 5, 1896.) Action by Augusta C. Davidson against George L. Davidson. No opinion. Order affirmed, with $10 costs and disbursements.

DAVIES et al. v. CLARK. (Supreme Court, Appellate Division, First Department. June 19, 1896.) Action by William G. Davies and others against Francis A. Clark. No opinion. Motion denied, upon payment of $10 costs. See 38 N. Y. Supp. 1142.

DE BALAINE v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. June 19, 1896.) Action by Mary A. De Balaine against the Manhattan Railway Company. No opinion. Motion granted, with $10 costs. See 38 N. Y. Supp. 1143.

DISBROW, Appellant, v. WILKINS et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 9, 1896.) Action by Livingston Disbrow against Jacob R. Wilkins and others. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

DONIHEE, Appellant, v. CROSBY et al., Respondents. (Supreme Court, Appellate Division, First Department. June 29, 1896.) Action by Delia I. Donihee against Darius G. Crosby and others. W. Armstrong, for appellant. J. Fettretch, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion granted.

DONIHEE v. CROSBY. (Supreme Court, Appellate Division, First Department. May 22, 1896.) Action by Delia I. Donihee against Darius G. Crosby. No opinion. Motion denied, upon payment of $10 costs.

DUGE, Respondent, v. MORRIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 2, 1896.) Action by William Duge against Nelson Morris and others. No opinion. Motion to dismiss appeal denied, on condition that the printed cases on appeal are filed and served within 20 days. In case the papers are not served, respondent may enter an ex parte order dismissing the appeal. Ten dollars costs to the respondent.

EDDY, Respondent, v. WARNER, Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1896.) Action by Charles R. Eddy against Mary Warner. No opinion. Judgment and order affirmed, with costs. All concur.

ELEVENTH WARD BANK v. POWER. (Supreme Court, Appellate Division, First Department. May 22, 1896.) Action by the Eleventh Ward Bank against John Power. No opinion. Order resettled. See 38 N. Y. Supp. 1143.

ELLIOTT, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 17, 1896.) Action by Sarah M. Elliott against the Rochester Railway Company. No opinion. Judgment and order affirmed, with costs.

EMMETT, Plaintiff, v. VANCLEEF et al., Defendants. (Supreme Court, Appellate Division, Fourth Department. June 17, 1896.) Action by Eleanor Emmett against Charles W. Van Cleef and William L. Sweet. No opinion. Motion denied, with costs.